U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUN 24 AM 10: 00

CLERK

BY ⟶ /s/

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

IN RE: )
NONJUDICIAL CIVIL FORFEITURE ) Misc. No.: **5:22-mc-83**
PROCEEDING )
 )
 )

### ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through August 17, 2022, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the United States Drug Enforcement Agency ("DEA") initiated nonjudicial civil forfeiture proceedings and to which Terrence Anderson asserted an interest, to wit, $17,401.00, more or less, in United States currency that DEA seized from Anderson on January 9, 2022; $2,545.00, more or less in United States Currency seized on January 22, 2022 and $13,100.75, more or less in United States Currency seized on February 14, 2022, (the "Subject Properties"); and

The United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), DEA provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about April 18, 2022, DEA received from Terrence Anderson a claim in which Anderson asserted an interest in the Subject Properties;

3. No other person has filed a claim to the Subject Properties or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4.     Terrence Anderson, by and through his attorney, Assistant Federal Public Defender Mary Nerino, has agreed and consented to the relief requested by the United States, to wit, an order extending, to and through August 17, 2022, the time in which the United States may file a complaint for forfeiture against the Subject Properties and/or obtain an indictment alleging that the Subject Properties are subject to forfeiture; and

5.     The United States seeks the requested relief in order to permit the parties sufficient time in which to potentially resolve this matter without protracted litigation.

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Properties and/or obtain an indictment alleging that the Subject Properties is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Properties and/or obtain an indictment alleging that the Subject Properties are subject to forfeiture is extended to and through August 17, 2022.

Dated at Burlington, in the District of Vermont, this 24th day of June, 2022.

HON. GEOFFREY W. CRAWFORD
CHIEF UNITED STATES DISTRICT JUDGE